NUMBER
13-00-366-CV

  



COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




STERLING
TRUST COMPANY, ET AL., Appellants, 



v.





MUSTANG TOWERS COUNCIL OF
CO-OWNERS, INC., Appellee. 

____________________________________________________________________




On appeal from the 28th District Court

of
Nueces
 County, Texas.

____________________________________________________________________




O P I N I O N





Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam





Appellants perfected an appeal from a judgment entered by the 28th District Court of Nueces
 County, Texas, in cause number 00-1248-A. After the record was filed, appellants filed motions to
withdraw the notices of appeal. Appellants state that the appeal has been
rendered moot by the trial court's granting of the motion to modify second
amended judgment. 

Having considered appellants' motions to withdraw notices of appeal and the
documents on file, this Court is of the opinion that the motions should be
granted. The motions to withdraw the notices of appeal are hereby
granted, and the appeal is ordered DISMISSED. 



PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of March, 2001.